# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0037-CG-N |
| | ) |
| SANDY S. STIMPSON, *et* al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations of the Magistrate Judge (Doc. 21) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 20, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** as follows:

1. Plaintiff Michael Smith's motion to remand under 28 U.S.C. § 1447(c) (Doc. 5) is **DENIED**.

2. the motion to sever and remand Count 2 (Doc. 9) filed by Defendants the Mobile County Personnel Board ("MCPB"), Donald Dees, and Liana Barnett (collectively, "the Board Defendants") is **GRANTED** as to the Count 2 federal claims and otherwise **DENIED**, and the Count 2 federal claims are accordingly **SEVERED** and **REMANDED** to the Circuit Court of Mobile

County, Alabama, under 28 U.S.C. § 1441(c)(2); and

3. Defendant Sandy S. Stimpson's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Doc. 10) and the Board Defendants' motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) (Doc. 12) are **GRANTED** as to the Count 1 federal claims, **DENIED** on the merits as to whether *res judicata* bars the Counts 1 and 3 state law claims, and otherwise **DENIED without prejudice**.

All federal claims having been remanded or dismissed, the Court declines to continue exercising supplemental jurisdiction over the remaining state law claims in this action under 28 U.S.C. § 1367(c)(3). Thus, it is **ORDERED** that this case is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE and ORDERED** this 25th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE